IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -6 PM 4: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Criminal No. 04-20346 B

ANTON J. MATICS,

    Defendant.

## ORDER ON MOTION TO MODIFY CONDITIONS OF POST-TRIAL RELEASE TO PERMIT TRAVEL OUTSIDE THE WESTERN DISTRICT

UPON MOTION of the Defendant, Anton J. Matics, for an Order Modifying Conditions of Post-Trial Release to Permit Travel Outside the Western District, the Court finds said Motion well taken.

Defendant Anton J. Matics shall be and hereby is permitted to travel to and from Dayton and Waynesville, Ohio from September 9, 2005 through September 11, 2005 for the Memorial services of Kenneth Retallick, where Defendant shall stay at the residence of Rebecca Begley, 115 West Monument Ave., Apt. 309, Dayton, Ohio, 45402, telephone 937-216-8460.

ALL OF THE FOREGOING SHALL BE AND HEREBY IS, ORDERED, ADJUDGED, AND DECREED on this the __6th__ day of September, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __9-7-05__

43

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CR-20346 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Valerie T. Corder
LAW OFFICE OF VALERIE T. CORDER
200 Jefferson
Ste. 725
Memphis, TN 38103

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Honorable J. Breen
US DISTRICT COURT